**Order entered October 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01160-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**DOUGLAS ALLEN MACHUTTA, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-1523625-Y**

## ORDER

Appellee's Motion for Abatement for Findings on Jurisdictional Facts is **DENIED**. *See*

*Gaston v. State*, 63 S.W.3d 893, 900 (Tex. App.—Dallas 2001, no pet.) (appellate court may take

judicial notice of facts outside record to determine jurisdiction over appeal).

/s/    MOLLY FRANCIS
PRESIDING JUSTICE